# Exhibit A

NO. 19955-09

| | | |
|---|---|---|
| THE ESTATE OF | § | IN THE COUNTY COURT |
| | § | |
| CINDY JENNINGS COOPER | § | OF |
| | § | |
| DECEASED | § | ECTOR COUNTY, TEXAS |

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| GINGER BRIGHT COREY and | § | |
| HOUSTON BRIGHT, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:10-CV-51 |
| | § | |
| JOHN COOPER, JOE DON | § | |
| GEORGE, in His Capacity as | § | |
| substitute Executor of the ESTATE | § | |
| OF LONNIE RAY COOPER, and | § | |
| METROPOLITAN LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendants | § | |

## INDEX OF FILED DOCUMENTS

| No. | Date Filed | Party | Description |
|---|---|---|---|
| 1 | 11/10/09 | Petitioner | Affidavit of Scott Corey in Support of a Temporary Restraining Order and Temporary Injunction |
| 2 | 11/10/09 | Petitioner | Copy of Last Will and Testament of Cindy Jennings Cooper |
| 3 | 11/11/09 | Court | Temporary Restraining Order |
| 4 | 11/10/09 | Petitioner | Application for Probate of Will, Issuance of Letters Testamentary and Original Petition and Request for Injunctive Relief – w/Verification of |

| No. | Date Filed | Party | Description |
|-----|-----------|-------|-------------|
| | | | Ginger B. A. Corey |
| 5 | 11/17/09 | | Affidavit of Posting Temporary Restraining Order |
| 6 | 11/10/09 | | Personal Citation Returned (Served) |
| 7 | 11/16/09 | Petitioner | Temporary Restraining Order Bond |
| 8 | 11/24/09 | Petitioner | Last Will and Testament of Cindy Jennings Cooper |
| 9 | 11/10/09 | | Citation on Application for Probate of Written Will |
| 10 | 12/07/09 | | Personal Citation Returned (Served) |
| 11 | 12/08/09 | Court | Order to Release Cash Bond |
| 12 | 12/08/09 | Court | Order Appointing Receiver |
| 13 | 12/11/09 | Virginia Fulton Dozier | Waiver and Renunciation of Right to Letters Testamentary |
| 14 | 12/11/09 | Ginger B. A. Corey | Oath |
| 15 | 12/11/09 | Court | Order Admitting Will to Probate and Authorizing Letter of Administration |
| 16 | 12/11/09 | Court | Agreed Temporary Injunction |
| 17 | 12/11/09 | Petitioner | Proof of Death and Other Facts |
| 18 | 02/16/10 | Petition | Publisher's Affidavit and Legal Notice |
| 19 | 02/22/10 | Plaintiffs | First Amended Petition |
| 20 | 02/24/10 | Defendant, John Cooper | Original Answer to First Amended Petition |
| 21 | 02/24/10 | Defendant, Joe Don George | Original Answer to First Amended Petition |
| 22 | 03/26/10 | Plaintiffs | Plaintiffs' Second Amended Petition |
| 23 | 03/26/10 | | Personal Citation (Served) |
| 24 | 04/07/10 | Defendant, Joe Don George | Motion to Substitute Counsel |
| 25 | 04/13/10 | Court | Order |
| 26 | 04/14/10 | Defendant, John Cooper | Defendant's Response to Plaintiff's Motion to Quash Depositions of Ginger Bright Corey and Houston Bright Subpoena Duces Tecum |
| 27 | 04/16/10 | Plaintiffs | Plaintiff's Motion to Quash Depositions of Ginger Bright Corey and Houston Bright Subpoena Duces Tecum |
| 28 | 4/26/10 | Court | Order Setting Hearing |
| 29 | 09/07/10 | Plaintiffs | Notice of Intention to Take Depositions by Written Questions (Walgreen Company) |
| 30 | 09/07/10 | Plaintiffs | Notice of Intention to Take Depositions by Written Questions (Metropolitan Methodist Hospital) |
| 31 | 09/07/10 | Plaintiffs | Discovery Subpoena |
| 32 | 09/07/10 | Plaintiffs | Notice of Intention to Take Depositions by Written |

| No. | Date Filed | Party | Description |
|---|---|---|---|
| | | | Questions (Healthsouth Midland) |
| 33 | 09/01/10 | Plaintiffs | Notice of Intention to Take Depositions by Written Questions (Cellco Partnership d/b/a Verizon Wireless) |
| 34 | 10/04/10 | Plaintiffs | Notice of Intention to Take Depositions by Written Questions (Weldon Butler, M.D.) |
| 35 | 08/31/10 | Court | Order to Remand for Lack of Jurisdiction (Certified Copy) |
| 36 | 10/04/10 | Court | Judgment in Civil Action (Certified Copy) |
| 37 | 08/31/10 | Court | Order to Remand for Lack of Jurisdiction (Certified Copy) |
| 38 | 08/31/10 | Court | Order to Remand for Lack of Jurisdiction |
| 39 | 10/18/10 | Plaintiffs | Plaintiff' Third Amended Petition |
| 40 | | | Probate Docket |
| 41 | 04/26/10 | Defendant, Metropolitan Life Insurance Company | Notice of Removal of Action to Federal Court with Exhibits A-D |
| 42 | 04/27/10 | US Court | Letter re:  case has been removed [Doc. 2] |
| 43 | 04/27/10 | US Curt | Letter re: Notice of Filing Discrepancies [Doc. 3] |
| 44 | 04/27/10 | US Curt | Letter re: Notice of Filing Discrepancies [Doc. 4] |
| 45 | 4/27/10 | | Civil Cover Sheet [Doc. 5] |
| 46 | 5/03/10 | Defendant, Metropolitan Life Insurance Co. | Defendant's Answer to Plaintiff's Second Amended Petition [Doc. 6] |
| 47 | 05/03/10 | Defendant, Metropolitan Life Insurance Co. | Certificate of Service [Doc. 7] |
| 48 | 05/04/10 | US Court | Scheduling Order [Doc. 8] |
| 49 | 05/17/10 | Plaintiffs | Jury Demand [Doc. 9] |
| 50 | 05/17/10 | Plaintiffs | Motion for Admission Pro Hac Vice [Doc. 10] |
| 51 | 05/19/10 | Defendant, John Cooper | Notice of Appearance of Counsel [Doc. 11] |
| 52 | 05/24/10 | US Court | Order [Doc. 12] |
| 53 | 05/24/10 | US Court | Letter re: Notice of Filing Discrepancies [Doc. 13] |
| 54 | 06/28/10 | Defendant, Metropolitan Life Insurance Co. | Defendant's Counterclaim in Interpleader [Doc. 14] |
| 55 | 07/01/10 | Plaintiffs | Summons in a Civil Action to Michael D. Napoli [Doc. 15] – not signed by Clerk of the Court |

| No. | Date Filed | Party | Description |
|-----|-----------|-------|-------------|
| 56 | 07/01/10 | Plaintiffs | Summons in a Civil Action to Carrie D. Boe [Doc. 16] – signed by Clerk of the Court |
| 57 | 07/15/10 | | Proof of Service on Carrie D. Boe [Doc. 17] |
| 58 | 07/19/10 | Defendants, John Cooper and Carrie Boe | Defendant's Answer to Defendant Metropolitan Life Insurance Company's Counterclaim in Interpleader [Doc. 18] |
| 59 | 07/20/10 | Defendants, John Cooper and Carrie Boe | Summons on a Third-Party Complaint to Lee Keller King and the Vethan Law Firm [Doc. 19] |
| 60 | 07/21/10 | Plaintiffs | Answer to Defendant Metropolitan Life Insurance Company's Counterclaim in Interpleader [Doc. 21] |
| 61 | 07/23/10 | Plaintiffs | Notice of Non-Opposition to Metropolitan Life Insurance Company's Interpleader [Doc. 22] |
| 62 | 07/26/10 | Defendant, Joe Don George | Answers to Defendant Metropolitan Life Insurance Company's Counter-Claim in Interpleader [Doc. 23] |
| 63 | 08/02/10 | Defendant, John Cooper | Motion to Dismiss [Doc. 24] |
| 64 | 08/06/10 | Plaintiffs | Motion to Dismiss [Doc. 25] |
| 65 | 08/06/10 | Interpleader Plaintiff MetLife | Motion to Deposit Plan Benefits into the Registry of the Court, for Attorneys' Fees and for Discharge [Doc. 26] |
| 66 | 08/16/10 | Plaintiffs | Response to Defendants' Motion to Dismiss [Doc. 27] |
| 67 | 08/20/10 | Defendants, John Cooper and Carrie Boe | Response to MetLife's Motion to Deposit Plan Benefits into the Registry of the Court, for Attorneys' Fees and for Discharge and Motion for Disbursement of Plan Proceeds [Doc. 28] |
| 68 | 08/20/10 | Defendants, John Cooper and Carrie Boe | Response to Plaintiffs'/Counter-Defendants' Motion to Dismiss [Doc. 29] |
| 69 | 08/25/10 | Defendants, John Cooper and Carrie Boe | Response to MetLife's Motion to Deposit Plan Benefits into the Registry of the Court, for Attorneys' Fees and for Discharge and Motion for Disbursement of Plan Proceeds [Doc. 30] |
| 70 | 08/25/10 | Defendants, John Cooper and Carrie Boe | Response to Plaintiffs'/Counter-Defendants' Motion to Dismiss [Doc. 31] |
| 71 | 08/27/10 | Interpleader Plaintiff MetLife | Reply to Defendants John Cooper and Carrie D. Boe's Response to Motion to Deposit Plan Benefits in to the Registry of the Court, for Attorneys' Fees and for Discharge and Motion for Disbursement of Plan Proceeds [Doc. 32] |
| 72 | 08/30/10 | Defendants, | Reply to Plaintiffs' Response to Defendants' |

| No. | Date Filed | Party | Description |
|---|---|---|---|
|  |  | John Cooper and Carrie Boe | Motion to Dismiss [Doc. 33] |
| 73 | 08/31/10 | US Court | Order Granting Interpleader Plaintiff MetLife's Motion to Deposit Plan Benefits into the Registry of the Court, for Attorneys' Fees, and for Discharge [Doc. 34] |
| 74 | 08/31/10 | US Court | Order to Remand for Lack of Jurisdiction [Doc. 35] |
| 75 | 08/31/10 | US Court | Judgment in a Civil Action [Doc. 36] |
| 76 | 09/22/10 | US Court | Order Amending Interpleader Plaintiff MetLife's Motion to Deposit Plan Benefits into the Registry of the Court [Doc. 37] |